UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RIOS,<br><br>　　　　Defendant. | CASE NO. 1:16-cv-00596-AWI-MJS (PC)<br><br>**ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE**<br><br>**FOURTEEN (14) DAY DEADLINE**<br><br>**CLERK OF COURT TO RESEND APPLICATION TO PROCEED IN FORMA PAUPERIS** |

　　　　Plaintiff is a prisoner proceeding pro se in this civil rights action brought pursuant to 42 U.S.C. § 1983.  He initiated this action on April 28, 2016. (ECF No. 1.)

　　　　On May 3, 2016, the Court ordered Plaintiff to submit an application to proceed in forma pauperis by a prisoner or to pay the $400 filing fee within 45 days. (ECF No. 4.) The forty-five day deadline passed without Plaintiff either filing an application to proceed in forma pauperis, paying the applicable filing fee, or seeking an extension of time to do so.

　　　　On July 5, 2016, the Court issued an order to show cause why Plaintiff's case should not be dismissed for failure to pay the filing fee or file an application to proceed in forma pauperis.  (ECF No. 8.)  On August 15, 2016, Plaintiff filed a response to the Court's order to show cause.  (ECF No. 11.)  In his response, Plaintiff argues he should

be granted in forma pauperis status. Id.

A civil action may not proceed absent the submission of either the filing fee or a completed application to proceed in forma pauperis. 28 U.S.C. §§ 1914, 1915. Before the Court can evaluate whether or not Plaintiff is *entitled* to proceed in forma pauperis, Plaintiff must first specifically apply for that status. Plaintiff has not yet actually applied to proceed in forma pauperis.

Accordingly, it is HEREBY ORDERED THAT:

1. The Clerk of Court is directed to resend Plaintiff an application to proceed in forma pauperis;
2. Within **fourteen (14) days** of service of this Order, Plaintiff shall either file an application to proceed in forma pauperis or pay the $400 filing fee in full; and
3. If Plaintiff fails file an application to proceed in forma pauperis or pay the $400 filing fee in full, the undersigned will recommend dismissal of the action without prejudice for failure to pay the filing fee or file a completed application to proceed in forma pauperis.

IT IS SO ORDERED.

Dated:   August 16, 2016            /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE